# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW TANNER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00044- |
| | § | ALM-AGD |
| CROSSROADS ROW GROUP, et al. | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2024, the Report of the Magistrate Judge, (Dkt. #64), was entered containing proposed findings of fact and recommendation that the City of Princeton, Texas' Motion to Dismiss (Dkt. #18) be granted; that the Government's Motion to Dismiss (Dkt. #30) be granted in part and denied in part; that Crossroads ROW Group and Jose Estefes' Motion to Dismiss (Dkt. #24) be granted on other grounds; that Capital Title's Motion to Dismiss (Dkt. #31) be granted on other grounds; that Plaintiff's Complaint (Dkt. #1) be dismissed without prejudice; and that any request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the City of Princeton, Texas' Motion to Dismiss (Dkt. #18) is **GRANTED**; that the Government's Motion to Dismiss (Dkt. #30) is **GRANTED** in part and **DENIED** in part; that Crossroads ROW Group and Jose Estefes' Motion to Dismiss (Dkt. #24) is **GRANTED** on other grounds; that Capital Title's Motion to Dismiss (Dkt. #31) is **GRANTED**

on other grounds; that Plaintiff's Complaint (Dkt. #1) is **DISMISSED WITHOUT PREJUDICE**; and that any request for relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 28th day of March, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE